No. 78, Misc. GLORIOSO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Richard W. Lowery* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

No. 80, Misc. TALBOT *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Edward P. O'Brien* and *George R. Nock,* Deputy Attorneys General, for respondent.

No. 82, Misc. JOHNSON *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers, Dunklin Sullivan,* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 84, Misc. JENNINGS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Paul E. Gifford* for petitioner. *Solicitor General Griswold* for the United States.

No. 85, Misc. TAYLOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Blaine P. Friedlander* for petitioner. *Solicitor General Griswold* for the United States.

No. 90, Misc. FITZSIMMONS *v.* YEAGER, PRINCIPAL KEEPER, ET AL. C. A. 3d Cir. Certiorari denied. *John G. Thevos* for respondents.